```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 08 B 17482
   ANDRE TAYLOR
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

         Debtor
  SSN XXX-XX-8934


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/08/2008 and was not confirmed.

     The case was dismissed without confirmation 10/06/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
MAGIC AUTO GLASS           SECURED VEHIC      350.00            .00             .00
IL STATE DISBURSEMENT UN   PRIORITY        NOT FILED            .00             .00
IL STATE DISBURSEMENT UN   PRIORITY        NOT FILED            .00             .00
IL STATE DISBURSEMENT UN   PRIORITY        NOT FILED            .00             .00
IL STATE DISBURSEMENT UN   PRIORITY        NOT FILED            .00             .00
IL STATE DISBURSEMENT UN   PRIORITY        NOT FILED            .00             .00
AT&T                       UNSECURED       NOT FILED            .00             .00
FOUNDATION EMERGENCY       UNSECURED       NOT FILED            .00             .00
CITY OF CHICAGO PARKING    UNSECURED         5390.00            .00             .00
HARRIS & HARRIS            UNSECURED       NOT FILED            .00             .00
UNIVERSAL RADIOLOGY        UNSECURED       NOT FILED            .00             .00
EVERGREEN MEDICAL          UNSECURED       NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED          761.86            .00             .00
PRA RECEIVABLES MGMT       UNSECURED          230.00            .00             .00
VILLAGE OF MAYWOOD         UNSECURED       NOT FILED            .00             .00
OPHELIA TAYLOR             NOTICE ONLY    NOT FILED             .00             .00
ASSET ACCEPTANCE LLC       UNSECURED          517.18            .00             .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT      74.00             .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,500.00                            .00
TOM VAUGHN                 TRUSTEE                                              .00
DEBTOR REFUND              REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                                         ---------------  ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 17482 ANDRE TAYLOR
```

TOTALS                                       .00                    .00

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/26/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```